CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 0 1 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JASON REDDITT,
    Petitioner,

Civil Action No. 7:07-cv-00356

FINAL ORDER

v.

TERRY O'BRIEN, WARDEN,
    Respondent.

By: Hon. James C. Turk
Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED

that the above referenced petitioner for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED,** and the case is hereby stricken from the active docket.

ENTER: This 31st day of July, 2007.

                              _/s/ James C. Turk_
                              Senior United States District Judge